# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1611. JEROME LOCKE v. THE STATE.

In 2018, Jerome Locke pled guilty to rape and the trial court sentenced him to a total of 20 years, with the first 12 to be served in confinement. In 2024, Locke filed a pleading with the trial court, seeking credit for time he served before he was convicted. The trial court dismissed Locke's request, finding that it lacked jurisdiction because the Department of Corrections is responsible for computing credit for time served. See OCGA § 17-10-12. From that order, Locke filed this direct appeal. This Court, however, lacks jurisdiction.

The proper method for seeking credit for time served is through a mandamus action against prison officials. See *Warbington v. State*, 303 Ga. 649, 651 (814 SE2d 351) (2018). Such a motion filed in a criminal case is a nullity, which presents nothing to appeal. See id. Thus, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  04/29/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*